# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Ronald Brown | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-12964-jkf |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Chase;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 33216.00 has been filed in your name by J.L. MCCLAIN on behalf of Chase on 10/24/2016.

Dated: October 25, 2016

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Tasha D. Dawsonia
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)