United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-12964-jkf
Ronald Brown                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Tasha              Page 1 of 1           Date Rcvd: Oct 25, 2016
                            Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2016.
db              +Ronald Brown,    1825 W. Champlost Ave,    Philadelphia, PA 19141-1317
13716733         Chase,    PO Box 24696,    Columbus, OH 43224-0696

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2016 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Ronald  Brown aaamcclain@aol.com,  edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association, successor
               by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank
               Minnesota, National Association, as Trustee for SACO I I bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Ronald Brown | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-12964-jkf |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor Chase;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 33216.00 has been filed in your name by J.L. MCCLAIN on behalf of Chase on 10/24/2016.

Dated: October 25, 2016

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Tasha D. Dawsonia
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)