**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Ronald Brown aka Ronald J. Brown fdba Estate of Lois Stewart<br><br>                              Debtor(s) | CHAPTER 13 |
| JPMorgan Chase Bank, National Association, as servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO I Inc. Mortgage Pass-Through Certificates, Series 1999-2<br>                              Movant<br>             vs. | NO. 16-12964 ELF |
| Ronald Brown aka Ronald J. Brown fdba Estate of Lois Stewart<br>                              Debtor(s) | |
| William C. Miller, Esq.<br>                              Trustee | |

**ORDER ALLOWING FILING OF CLAIM**

AND NOW, this **13th  day of  March  , 2018**, at Philadelphia, upon Motion of JPMorgan Chase Bank, National Association, as servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO I Inc. Mortgage Pass-Through Certificates, Series 1999-2, its successors and/or assigns, it is

**ORDERED THAT** the Motion is **DENIED WITHOUT PREJUDICE** to the Movant's right to file a proof of claim without leave of court. *

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

\*   The Motion is unnecessary.  Nothing in the Bankruptcy Code or rules of court requires that a creditor obtain leave of court to file a proof of claim  --  even a late filed claim.