United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ronald Brown  
    Debtor

Case No. 16-12964-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Mar 14, 2018  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2018.  
db           +Ronald Brown,    1825 W. Champlost Ave,    Philadelphia, PA 19141-1317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2018 at the address(es) listed below:

       JOHN L. MCCLAIN    on behalf of Debtor Ronald  Brown aaamcclain@aol.com,    edpabankcourt@aol.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO I I bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO I I KMcDonald@blankrome.com  
       THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO I I tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                              TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Ronald Brown aka Ronald J. Brown fdba Estate of Lois Stewart<br><br>                              Debtor(s) | CHAPTER 13 |
| JPMorgan Chase Bank, National Association, as servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO I Inc. Mortgage Pass-Through Certificates, Series 1999-2<br>                              Movant<br>                   vs.<br><br>Ronald Brown aka Ronald J. Brown fdba Estate of Lois Stewart<br>                              Debtor(s)<br><br>William C. Miller, Esq.<br>                              Trustee | NO. 16-12964 ELF |

**ORDER ALLOWING FILING OF CLAIM**

    AND NOW, this **13th day of March , 2018**, at Philadelphia, upon Motion of JPMorgan Chase Bank, National Association, as servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO I Inc. Mortgage Pass-Through Certificates, Series 1999-2, its successors and/or assigns, it is

    **ORDERED THAT** the Motion is **DENIED WITHOUT PREJUDICE** to the Movant's right to file a proof of claim without leave of court. *

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**
_____

\*    The Motion is unnecessary.  Nothing in the Bankruptcy Code or rules of court requires that a creditor obtain leave of court to file a proof of claim  --  even a late filed claim.