**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
    Brown, Ronald

    Debtor(s)                                          : 16-12964

    :

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this 19th day of April 2018, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing City of Philadelphia to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE


City of Philadelphia
1401 JFK Blvd, MSB Room 1380
Philadelphia, PA 19102


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Brown, Ronald

1825 W. Champlost Ave
Philadelphia, PA 19141


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106