United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-12964-elf |
| Ronald Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 24, 2021 | Form ID: 225 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald Brown, 1825 W. Champlost Ave, Philadelphia, PA 19141-1317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 24 2021 23:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 24 2021 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 24 2021 23:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Aug 26, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN L. MCCLAIN | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 24, 2021 | Form ID: 225 | Total Noticed: 4 |

on behalf of Debtor Ronald Brown aaamcclain@aol.com edpabankcourt@aol.com

JOSHUA I. GOLDMAN

on behalf of Creditor Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO I I Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN G. MCDONALD

on behalf of Creditor Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO I I bkgroup@kmllawgroup.com

KEVIN S. FRANKEL

on behalf of Creditor Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO I I pa-bk@logs.com

THOMAS I. PULEO

on behalf of Creditor Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO I I tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                                           Chapter: 13

      Ronald Brown

Debtor(s)                                                                                                   Case No: 16−12964−elf

___

*ORDER*

      AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

      AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

      AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

      AND, the Debtor(s) has/have not filed the required statement and/or certifications,

      AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

      IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is ***CLOSED, without the entry of an order of discharge***.

For The Court

Eric L. Frank

8/24/21

Judge ,United States Bankruptcy Court

71
Form 225