**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Ronald Brown

Case No: 16−12964−elf

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

For The Court

Dated: 9/13/21

Timothy B. McGrath
Clerk of Court

73
Form 206