United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-12964-elf |
| Ronald Brown | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 13, 2021 | Form ID: 206 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald Brown, 1825 W. Champlost Ave, Philadelphia, PA 19141-1317 |
| 14412514 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13716736 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13716737 | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 13716738 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14412987 | + | Wells Fargo Bank, National Association, successor, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2021 23:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2021 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 13 2021 23:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13716734 | + | Email/Text: bankruptcynotices@dcicollect.com | Sep 13 2021 23:38:00 | Diversified Consultant, DCI, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14073629 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 13 2021 23:46:41 | JPMorgan Chase Bank, National Association, et al, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13716733 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 13 2021 23:46:36 | Chase, PO Box 24696, Columbus, OH 43224-0696 |
| 13716740 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 13 2021 23:38:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13716739 | *+ | Ronald Brown, 1825 W. Champlost Ave, Philadelphia, PA 19141-1317 |
| 13716735 | ##+ | Eastern Account System, 75 Glen Rd Ste 310, Sandy Hook, CT 06482-1175 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 13, 2021 | Form ID: 206 | Total Noticed: 13 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2021     Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN L. MCCLAIN | on behalf of Debtor Ronald Brown aaamcclain@aol.com edpabankcourt@aol.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO I I Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO I I bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO I I pa-bk@logs.com |
| THOMAS I. PULEO | on behalf of Creditor Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO I I tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Ronald Brown  Case No: 16−12964−elf

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☒ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 9/13/21

For The Court

Timothy B. McGrath
Clerk of Court